UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| SIHAM M. SLAYMAN, | ) | CASE NO. C09-0232-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | APPLICATION TO PROCEED *IN* |
| MICHAEL J. ASTRUE, | ) | *FORMA PAUPERIS* AND DIRECTING |
| Commissioner of Social Security, | ) | RETURN OF SUMMONS |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

(1) The Clerk is directed to send a copy of this Order to plaintiff's counsel, and to issue summonses to plaintiff's counsel to enable proper service of the complaint on the appropriate parties. **Plaintiff shall note that it is plaintiff's and plaintiff's attorney's responsibility to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

/ / /

/ / /

01     (2)    The Clerk is directed to send to plaintiff's counsel a copy of the Notice of Initial

02 Assignment and Consent to Proceed before a United States Magistrate Judge.

03     DATED this <u>11th</u> day of March, 2009.

                               /s/ Mary Alice Theiler
                               Mary Alice Theiler
                               United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S APPLICATION TO
PROCEED *IN FORMA PAUPERIS* AND DIRECTING
RETURN OF SUMMONS
PAGE -2