UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| SIHAM M. SLAYMAN, | ) | CASE NO. C09-0232RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER OF REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

The Court has reviewed the entire record, including the Administrative Record, the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, and the memoranda of the parties. It is hereby ORDERED that:

(1) The Court adopts the Report and Recommendation;

(2) The Court REMANDS this matter for further administrative proceedings;[1] and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

---

[1] The remand proposed by Judge Theiler and adopted by the undersigned is not limited in scope. The administrative agency is therefore free to consider all issues relating to plaintiff's claim and to conduct whatever proceedings it deems necessary on remand. See 20 C.F.R. § 416.1483.

ORDER OF REMAND
PAGE -1

01     DATED this 11th day of February, 2010.

03                                    /s/ Robert S. Lasnik
                                      ROBERT S. LASNIK
04                                    United States District Judge

ORDER OF REMAND
PAGE -2